AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.

(1) GERARDO CESAR RENTERIA-MACIAS

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -03153(1) - MAT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 5, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No
Sworn to before me,

/S/ SAENZ, OFILIA
Signature of Complainant
Border Patrol Agent

June 6, 2025                                                          at   EL PASO, Texas
Date                                                                       City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 02:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) GERARDO CESAR RENTERIA-MACIAS

FACTS   (CONTINUED)

557.

The DEFENDANT, Gerardo Cesar RENTERIA-Macias, an alien to the United States and a citizen of Mexico was found approximately 1.22 miles west of the Paso Del Norte Port of Entry at El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on August 15, 2024, through El Paso, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been granted 4 Voluntary Returns, the last on February 28, 2025, through NOGALES, AZ
The DEFENDANT has been Removed once to MEXICO on August 15, 2024, through EL PASO, TX

CRIMINAL HISTORY:
12/29/2014, Wickengburg, Arizona, Fail to Show Driv Lic or ID(M), CNV, unknown.
12/29/2024, Wickengburg, Arizona, Violation of Promise to Appear(M), CNV, sentence condition: concurrent.
02/07/2025, Las Cruces, New Mexico, 8 USC 1325 Eluding Inspection, 18 18 SEC 2 Aiding and Abetting(M), CNV, 150 days to BOP.